
FILED
FEB 18 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAFAEL CARDENAS,<br><br>Defendant, | CASE NO. 1:17-CR-00205-DAD-BAM<br><br>**ORDER DECLARING<br>BAIL FORFEITURE AND<br>ENTRY OF DEFAULT JUDGMENT** |
| MANUEL OCHOA GUZMAN and MARIA LUISA OCHOA GUZMAN,<br><br>Sureties. | |

In consideration of the government's motion for declaration of forfeiture and entry of default judgment in the above-captioned matter, the Court adopts and finds as true the facts set forth therein.

IT IS THEREFORE ORDERED that the $40,000.00 cash payment made by Surety MANUEL OCHOA GUZMAN that was submitted in lieu of the posted property bond, and the $5,000.00 cash bond made by Surety, MARIA LUISA OCHOA GUZMAN, are declared forfeited pursuant to Rule 46(f)(1) of the Federal Rules of Criminal Procedure.

IT IS FURTHER ORDERED that the clerk of the court enter a default judgment pursuant to Rule 46(f)(3)(A) of the Federal Rules of Criminal Procedure.

DATED: February 18, 2020

_____
SHEILA K. OBERTO
U.S. MAGISTRATE JUDGE